# United States District Court

**Southern DISTRICT OF California**

FILED
2008 AUG -8 AM 10: 49
CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| In the Matter of the Search of |
|---|
| (Name, address or brief description of person or property to be searched) Priority Mail with Delivery Confirmation # 0307-1790-0002-9223-3530, addressed to Reina Perez, 176 McClenland Ave. #12, East Point, GA 30344. The parcel listed the return information of Arthuro Mendez, 1512 Concord Way Unit A, Chula Vista, CA 91911. |

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 2462

TO: Ana L. Flores, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Ana L. Flores    who has reason to
                                              Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Priority Mail with Delivery Confirmation # 0307-1790-0002-9223-3530, addressed to Reina Perez, 176 McClenland Ave. #12, East Point, GA 30344. The parcel listed the return information of Arthuro Mendez, 1512 Concord Way Unit A, Chula Vista, CA 91911 which is in the custody of the U.S. Postal Inspection Service.

in the Southern    District of California    there is now concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to    Ruben Brooks
                                                                                   U. S. Judge or Magistrate
as required by law.

                                          at    San Diego, CA
Date and Time Issued  8/6/2008 at 3:50 p.m.        City and State

U.S. Magistrate Judge                        /s/ Ruben Brooks
Name and Title of Judicial Officer           Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 8-6-08 | DATE AND TIME WARRANT EXECUTED 8-6-08 4:15pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |

INVENTORY MADE IN THE PRESENCE OF
US Postal Inspectors A. Flores and R Tanael

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Priority Delivery Confirmation Parcel #0307-1790-0002-9223-3530 Brown shipping boxed taped at all seams contained packing peanuts and an interior box which was also taped at all seams. The interior box contained more packing peanuts and a bundle wrapped in green plastic wrap and dryer sheets which contained a green leafy substance which field tested positive for marijuana which weighed approximately 1909.9 grams

Flores 8/6/08

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_Ana Flores_

Subscribed, sworn to, and returned before me this date.

_[signature]_ U.S. Judge          Date 8/8/2008